Erik L. Bauer
erik@erikbauerlaw.com
THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
T: 253-383-2000
F: 253-383-0154
*One of the Attorneys for Plaintiff A.T.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| A.T.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WYNDHAM HOTELS & RESORTS, INC and CHOICE HOTELS INTERNATIONAL, INC.,<br><br>　　　　Defendants | No.: 4:20-cv-05100-SMJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Local Rule 41.1(a), hereby gives notice of voluntary dismissal without prejudice of her complaint against the above-named Defendants. No answer or motion for summary judgment has been served. The dismissal terminates the action.

Dated this 24th day of July 2020.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　*/s/ Erik L. Bauer*
　　　　　　　　　　　　　　　　　　Erik L. Bauer (WSBA # 14937)
　　　　　　　　　　　　　　　　　　215 Tacoma Avenue South
　　　　　　　　　　　　　　　　　　Tacoma, Washington 98402
　　　　　　　　　　　　　　　　　　T: (253) 383-2000
　　　　　　　　　　　　　　　　　　F: (253) 383-0154
　　　　　　　　　　　　　　　　　　E: erik@erikbauerlaw.com

*/s/ Kathryn L. Avila*
Kimberly Lambert Adams
FL Bar # 0014479
Kathryn L. Avila
FL Bar # 1019574
316 S. Baylen St. Ste. 600
Pensacola, Florida 32502
T: (850) 435-7056
F: (850) 436-6056
E: kadams@levinlaw.com /
kavila@levinlaw.com

***Attorneys for Plaintiff A.T.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 24th day of July 2020.    By:    */s/ Erik L. Bauer*
Erik L. Bauer, WSBA No. 14937