FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.T.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. and CHOICE HOTELS INTERNATIONAL,<br><br>　　　　　　Defendants. | No.   4:20-cv-05100-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 24, 2020, Plaintiff filed a notice of voluntary dismissal, ECF No. 59. Neither Defendant in this matter has filed an Answer to Plaintiff's Complaint or a motion for summary judgment. As such, consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

　　**1.**　　Plaintiff's Notice of Voluntary Dismissal Without Prejudice, **ECF No. 59**, is **ACKNOWLEDGED**.

　　**2.**　　All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

　　**3.**　　All pending motions are **DENIED AS MOOT**.

　　**4.**　　All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

   5.   The Clerk's Office is directed to **CLOSE** this file.

   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

   **DATED** this 30th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2